467 A.2d 54

Commonwealth v. Johnson, Appellant.

Submitted May 12, 1983. Leon A. Mankowski, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

467 A.2d 54

Commonwealth v. Jopling, Appellant.

Submitted July 27, 1983. Joseph F. Sklarosky, Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.